**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-cv-21182-DPG

RENZO BARBERI,

    Plaintiff,

vs.

GOLDFINGER'S SOUTH, INC., a Florida Profit Corporation, d/b/a SHOWGIRLS, INC., and RAYAN CORPORATION, INC.,a Florida Profit Corporation

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RENZO BARBERI, and Defendants, GOLDFINGER'S SOUTH, INC. d/b/a SHOWGIRLS, INC. and RAYAN CORPORATION, INC. (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, except that the Parties also agree and understand that nothing contained herein shall preclude either Defendant from pursuing claims against the other, including claims for attorneys' fees, costs and expenses associated with this action, with any such claims being pursued in a different forum.  The Court retains jurisdiction to enforce the terms of the Parties' Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

2

By: S/Ronald E. Stern
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

By: S/Peter R. Siegel
Peter R. Siegel, Esq.
**GREENSPOON MARDER, P.A.**
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Phone: (954) 491-1120 Ext. 1233
Fax: (954) 267-8027
Peter.siegel@gmlaw.com
Alex.leiva@gmlaw.com
Attorney for Defendant, GOLDFINGER'S SOUTH,
INC. d/b/a SHOWGIRLS, INC.


By: S/Adrian Delancy
Adrian Delancy, Esq.
**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Telephone: (305) 670-5000
Facsimile: (305) 670-5011
Primary Email: litservice@mrthlaw.com
Attorney for Defendant, RAYAN CORPORATION, INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-cv-21182-DPG

RENZO BARBERI,

      Plaintiff,

      vs.

GOLDFINGER'S SOUTH, INC., a Florida Profit Corporation, d/b/a SHOWGIRLS, INC., and RAYAN CORPORATION, INC.,a Florida Profit Corporation

      Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the October 7, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                           By: S/Ronald E. Stern
                                                                     Ronald E. Stern, Esq.
                                                                     Florida Bar No. 10089
                                                                     THE ADVOCACY LAW FIRM, P.A.
                                                                     1250 E. Hallandale Beach Blvd.
                                                                     Suite 503
                                                                     Hallandale Beach, Florida 33009
                                                                     Telephone:   (954) 639-7016
                                                                     Facsimile:    (954) 639-7198
                                                                     Attorney for Plaintiff, RENZO BARBERI

3

## **SERVICE LIST:**

RENZO BARBERI vs. GOLDFINGER'S SOUTH, INC., a Florida Profit Corporation, d/b/a SHOWGIRLS, INC., and RAYAN CORPORATION, INC., a Florida Profit Corporation

United States District Court Southern District Of Florida

CASE NO. 17-cv-21182-DPG

### **GOLDFINGER'S SOUTH, INC. d/b/a SHOWGIRLS, INC.**

PETER R. SIEGEL, ESQ.
**GREENSPOON MARDER, P.A.**
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Phone: (954) 491-1120 Ext. 1233
Fax: (954) 267-8027
Peter.siegel@gmlaw.com
Alex.leiva@gmlaw.com

**VIA CM/ECF**

### **RAYAN CORPORATION, INC.**

ADRIAN DELANCY, ESQ.
**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Telephone: (305) 670-5000
Facsimile: (305) 670-5011
Primary Email: litservice@mrthlaw.com

**VIA CM/ECF**

**731799**